UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BAKERS HEALTH AND WELFARE FUND;
JOINT BOARD OF TRUSTEES OF THE
BAKERS HEALTH AND WELFARE FUND;
and FELISA CASTILLO, TRUSTEE

    Plaintiffs,

    v.

WILSON'S JEWEL BAKERY, INC.,

    Defendant.
_____/

No. C 05-00280 MMC (WDB)

**ORDER PERMITTING FILING OF OPPOSITION TO PLAINTIFFS' REQUEST TO ISSUE WRIT OF EXECUTION**

On March 23, 2006, Plaintiffs filed a Request before the district court, Judge Maxine M. Chesney, to Issue a Writ Of Execution for $28,158.92 (plus interest at 6% per annum until satisfied). This matter now has been referred to Magistrate Judge Wayne D. Brazil for a report and recommendation on the Request.

Before the court issues a recommendation, Defendant is permitted the opportunity to oppose Plaintiffs' Request for a Writ of Execution. Defendant must file its opposing papers by **Friday, April 28, 2006.** After receiving the opposition, the court will notify the parties if the court requires a hearing or any further briefing on the matter. If the Court does not receive an opposition from Defendant by this date, it will assume that the Defendant has no opposition to Plaintiffs' Request.

     If Plaintiffs have not already done so, they are ordered to hand-serve a copy of their Request on Defendant by no later than April 13, 2006.

**IT IS SO ORDERED**.

Dated: April 11, 2006                       /s/ Wayne D. Brazil

                                                      WAYNE D. BRAZIL
                                                      United States Magistrate Judge

Copies to:
    All parties,
    WDB, Stats