IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAKER'S HEALTH AND WELFARE FUND, et al., <br><br> Plaintiffs, <br> v. <br> WILSON'S JEWEL BAKERY, INC., <br><br> Defendant / | No. C 05-0280 MMC (WDB) <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION; GRANTING PLAINTIFF'S REQUEST FOR WRIT OF EXECUTION; DIRECTIONS TO CLERK** |

    Before the Court is Magistrate Judge Wayne D. Brazil's Report and Recommendation Re Request for Writ of Execution ("Report and Recommendation"), filed May 4, 2006. No objection thereto has been filed.

    Having read and considered the Report and Recommendation, the Court hereby ADOPTS the recommendation in its entirety. Accordingly, for the reasons stated in the Report and Recommendation, plaintiff's request for issuance of a writ of execution is hereby GRANTED, and the Clerk is DIRECTED to issue a writ consistent with the proposed writ attached to the Declaration of Michelle R. Stafford, filed March 23, 2005, and attached to the Report and Recommendation.

    **IT IS SO ORDERED.**

Dated: May 23, 2006

MAXINE M. CHESNEY
United States District Judge